ERNEST A. KIRCHHOF et al., Respondents, *v.* LENOX A.
RAMSEY, Appellant, Impleaded with Others

(Argued December 9, 1935; decided January 8, 1936.)

*Daniel F. Imrie* for appellant.

*Thomas J. McCarthy* and *James McPhillips* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.